DATE: 6/15/2005   CASE NUMBER: CR 05-00479-001-PHX-ROS

☒ FILED ___ LODGED
☒ RECEIVED ___ COPY

JUN 22 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

USA vs. Keefe J. Kaczorowski

U.S. MAGISTRATE JUDGE: Virginia A Mathis  #: 70BF

A.U.S. Attorney Darcy Cerow for Charles F. Hyder   INTERPRETER_____
LANGUAGE_____

Attorney for Defendant David Lee Titterington (AFPD) (standing by for possible appointment)

DEFENDANT: ☐ PRESENT ☒ NOT PRESENT ☒ SUMMONS

DOA___           ☐ Initial Appearance            ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ Defendant Sworn      ☐ Financial Afdvt sealed

☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
  ☐ Flight risk ☐ Danger

**INITIAL APPEARANCE AND ARRAIGNMENT HEARING:**
☐ Held ☐ Con't ☒ Reset

Set for:  6/29/05 at 10:45 AM
Before:   MAGISTRATE JUDGE ANDERSON

**STATUS HEARING RE :** Set for  before

Other: _____

Recorded by Courtsmart
BY: Kathy Lara
Deputy Clerk

