UNITED STATES DISTRICT COURT — MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 6/29/2005   CASE NUMBER: CR 05-00479-001-PHX-ROS

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 0 5 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

USA vs. Keefe J. Kaczorowski

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON #: 70BI

A.U.S. Attorney Peter Sexton for Charles F. Hyder   INTERPRETER_____
                                                    LANGUAGE_____
Attorney for Defendant David Lee Titterington (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ SUMMONS

☐ DOA   ☒ Initial Appearance            ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken  ☐ Defendant Sworn   ☐ Financial Afdvt sealed

☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset

Set for:
Before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**ARRAIGNMENT HEARING:**
☒ Held  ☐ Con't  ☐ Reset

Set for:
Before:

Plea of NOT guilty entered to Counts all pending.

DATE OF MOTION DEADLINE: 15 days

Defendant bound over to U.S.D.C. for trial on 9/6/05 at 9:00 AM in Courtroom 604 before JUDGE SILVER

**STATUS HEARING RE:** Set for   before

Other: _____

Recorded by Courtsmart

BY: Sherise M. Marshall
Deputy Clerk